IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TONY M. RUIZ**  **PLAINTIFF**
**ADC #157474**

v.  No. 4:23-CV-00512-LPR-PSH

**DOES, et al.**  **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 15). No objections have been filed, and the time to do so has expired. After a *de novo* review of the PRD and careful consideration of the case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff may proceed with his excessive force and decontamination claims against John Does 1-3, Jane Doe 2, and Corporal Wallace in their individual capacities. Plaintiff's official capacity claims, negligence claims, and claims for violating prison policy against these Defendants are DISMISSED without prejudice for failure to state a claim upon which relief may be granted. Plaintiff's claims against Defendants Sweets and Swatzel are DISMISSED for failure to state a claim upon which relief may be granted. The Clerk is directed to terminate Defendants Sweets and Swatzel as parties to this action. Plaintiff's remaining claims are DISMISSED without prejudice as improperly joined. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 29th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE